107 F.3d 10
 Nelson Washington
v.
Joseph Lehman, James Morgan, D. Lantz, Frank Rogers, Harry
Corbin, James A. Cedeschi, D.R. Morder, Lisa A. Confer,
Anthony Biviano, J. Abramson, Mrs. Lechner, Mrs. Stlenett,
Lt. Harlow, Sgt. Reeds, Sgt., Lear, Officer Henny, Officer
Stauffer, Officer Dunkly, Officer Kachik, Officer Bigelow,
Officer Oliver, Officer Reigh, Nelson J. Washington
 NO. 95-7579
United States Court of Appeals,
Third Circuit.
 Jan 21, 1997
 
 Appeal From: M.D.Pa. , No. 92-cv-00825 ,
 McClure, J.
 
 
 1
 Affirmed.